

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00446-CV

John **THOMAS**,
Appellant

v.

Cynthia **THOMAS**,
Appellee

From the County Court at Law, Kerr County, Texas
Trial Court No. 14-45C
Honorable Robert R. Barton, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, this appeal is DISMISSED. Costs of the appeal are taxed against appellant John Thomas.

SIGNED September 17, 2014.

_____
Rebeca C. Martinez, Justice